### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No. 04-cr-00442-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MATTHEW DEWAYNE JARAMILLO,

    Defendant.

### MINUTE ORDER[1]

    Due to a conflict arising on the court's calendar, the continuation of the jury trial in 10-cv-01569-REB-KMT, **Duran v. Koehler**, the Status Conference set for Friday, November 2, 2012, is **VACATED** and is **CONTINUED** pending further order of court. On **October 30, 2012**, commencing at 9:00 a.m., the court shall conduct a telephonic setting conference to reset the status conference in this matter. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: October 22, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.